UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT JOEL CABRERA LEON,

Petitioner,

-against-

LAWRENCE CATLETTI, Warden of the Orange County Corrections Division, *et al.*,

Respondents.

**ORDER**

26-CV-05682 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court grants in part and denies in part Petitioner's application for issuance of order to show cause. (Doc. 3). The Court declines to sign Petitioner's proposed order to show cause (Doc. 3-1) and refers Petitioner to this Court's Individual Practices, in particular Rule 4(F), which concerns applications for injunctive relief, including emergency and/or temporary injunctive relief.

The Court, having examined the petition in this action, which Petitioner filed under 28 U.S.C. § 2241, orders that:

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

Within three days of the date of this Order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the petition. Petitioner may file reply papers, if any, within two days from the date he is served with Respondents' response.

A conference has been scheduled for **July 15, 2026 at 12:00 p.m.** to be held by telephone. At the time of the scheduled conference, all parties shall call the following number: (855) 244-8681; access code 2317 236 5283.

The Clerk of Court is respectfully requested to terminate the pending motion. (Doc. 3).

**SO ORDERED:**

Dated: White Plains, New York
July 6, 2026

PHILIP M. HALPERN
United States District Judge